PFE/GAM: May 2023
GJ # 17

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| STEVE BONNER | ) |

# INDICTMENT

The Grand Jury charges:

## Introduction

At all times material to this Indictment:

1. The Defense Logistics Agency (DLA) is the United States' combat logistics support agency. DLA manages the end-to-end global defense supply chain—from raw materials to end user disposition—for the five military services, eleven combatant commands, other federal, state, and local agencies, and partner and allied nations. DLA procures items from manufacturers and suppliers and, through DLA Distribution, provides them to the Department of Defense and other federal and state customers, with services such as warehousing, packaging, and transportation. DLA Disposition disposes of excess military property through reutilization, resale, and demilitarization.

2. The Anniston Army Depot (ANAD) is a United States Army maintenance center and munitions storage site located in Anniston, Alabama, within the Eastern Division of the Northern District of Alabama. DLA warehouses items ranging from microchips to M1A2 main battle tanks at ANAD, including AN/PVS-30 scopes and Advanced Combat Optical Gunsights (ACOGs). These items were designed to be attached to military weapon systems to provide operators with instant nighttime engagement capabilities and/or improved target acquisition. The AN/PVS-30 scopes had a fair market value of approximately $10,395.00 each and the ACOGs had a fair market value of approximately $1,447.00 each.

3. Defendant **STEVE BONNER** resided in Goodwater, Alabama. During the conspiracy described in this Indictment, he delivered United States property stolen from ANAD to coconspirators, including the owner of a military surplus store, who sold the stolen property and shared the profit with Bonner.

### Count One
### Conspiracy
### Title 18, United States Code, Section 371

4. The factual allegations in paragraphs 1 through 3 of this Indictment are re-alleged as though fully set forth herein.

## THE CONSPIRACY

5.      From at least in or about August 2020, and continuing until in or about November 2021, the exact dates being unknown, within Calhoun County in the Northern District of Alabama, and elsewhere, defendant

## STEVE BONNER

knowingly and willfully conspired, combined, and agreed with others, known and unknown, to embezzle, steal, purloin, and knowingly convert to his use or the use of another, and without authority sell, convey, and dispose of, property exceeding $1,000 in value of the United States or of any department or agency thereof, in violation of Title 18, United States Code, Section 641.

## MANNER AND MEANS OF THE CONSPIRACY

6.      It was a part of the conspiracy that coconspirators, including civilian employees of the Directorate of Emergency Services at ANAD, would and did steal property belonging to the United States, including AN/PVS-30 scopes and ACOGs, from DLA and Army facilities at ANAD.

7.      It was a further part of the conspiracy that defendant **STEVE BONNER** would and did deliver AN/PVS-30 scopes and ACOGs stolen from ANAD to coconspirator Christopher Price, who owned a military surplus store, to sell. Defendant **STEVE BONNER** also would and did deliver AN/PVS-30 scopes

and ACOGs stolen from ANAD to coconspirator James Kenneth Scott, who would then deliver the stolen property to coconspirator Christopher Price.

8. It was a further part of the conspiracy that defendant **STEVE BONNER** would and did sell stolen United States property directly to buyers.

9. It was a further part of the conspiracy that the members of the conspiracy, including defendant **STEVE BONNER**, would and did profit from the sale of stolen United States property.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the conspirators committed and caused to be committed the following overt acts, among others, in the Northern District of Alabama and elsewhere:

10. On or about August 27, 2020, defendant **STEVE BONNER** sent a text message to coconspirator Christopher Price stating: "I just left Anniston I picked you up five more they said for you to keep the three and these five. They said thank you for getting out and beating the bushes without you it wouldn't be happening."

11. On or about April 27, 2021, coconspirator Christopher Price sent a text message to defendant **STEVE BONNER** stating: "Hey, you still have those ACOGs you wanted me to sell? If you do I am going to start going to gun shows next week and they should sell there." Defendant **STEVE BONNER** responded: "10-4."

12. On or about June 22, 2021, coconspirator Christopher Price sent a text message to defendant **STEVE BONNER** stating: "I have $9850 for you." Defendant **STEVE BONNER** responded: "10/4 I'll come by soon as I can. I'll give you a call before I come."

13. On or about June 28, 2021, coconspirator Christopher Price sent a text message to defendant **STEVE BONNER** stating: "Hey, I have sold the last three ACOGs. I will have the money, $1125, tomorrow." Defendant **STEVE BONNER** responded: "10/4."

14. On or about September 17, 2021, defendant **STEVE BONNER** and coconspirator Christopher Price exchanged the following text messages:

> PRICE: Sold eleven already
>
> BONNER: X4
>
> PRICE: Any idea on how many I will be able to get? I imagine the ones you left will be sold by end of weekend
>
> BONNER: It's going to be a bunch of them
>
> PRICE: Ok cool.

15. On or about September 18, 2021, defendant **STEVE BONNER** and coconspirator Christopher Price exchanged the following text messages:

> PRICE: Just to let you know so your guys can know. I have a single customer wanting at least 200, two hundred it wasn't a typo.

| | |
|---|---|
| BONNER: | Let me see what I can do |
| PRICE: | Ok and I can sell that many in a week to 10 days myself |
| BONNER: | 10/4 |
| PRICE: | Have a guy coming from Pensacola tomorrow buying the rest of what you left me |
| BONNER: | 10/4 |

16. On or about September 20, 2021, defendant **STEVE BONNER** and coconspirator Christopher Price exchanged the following text messages:

| | |
|---|---|
| PRICE: | Ok my guy want 300-500 minimum. |
| PRICE: | The guy wanting 300-500, the closer to 500 the better, will get them next week when he returns from Denver |
| PRICE: | He just let me know his numbers.<br>130 Grade C<br>130 Grade B<br> 40 Grade A<br>Total of 300 this time.<br>I will have 77k as soon as they drop |
| BONNER: | I'm working on it right now |

17. On or about October 14, 2021, defendant **STEVE BONNER** and coconspirator Christopher Price exchanged the following text messages:

| | |
|---|---|
| PRICE: | Let me know when your guys get more. These look like the ones that Kenny had. |
| BONNER: | About half of them are some that he had but they belong to me |

    BONNER:        I'll get you some c grade as soon as I have a moment

    PRICE:          I know, he was trying to sell for you lol.

18.    On or about October 18, 2021, defendant **STEVE BONNER** sold 2 stolen AN/PVS-30s and 2 stolen ACOGs for $7,000.00.

19.    On or about October 21, 2021, defendant **STEVE BONNER** and coconspirator Christopher Price exchanged the following text messages:

    PRICE:          Hey I have a guy that has bought between 20-25 PVS30 from me. He got one that doesn't turn on. I was wondering if there was a way to get him one that worked.

    BONNER:        No problem

    PRICE:          Ok thanks

20.    On or about October 26, 2021, defendant **STEVE BONNER** and coconspirator Christopher Price exchanged the following text messages:

    PRICE:          Have that money I owe you for the ACOGs

    BONNER:        10-4 I'll come see you tomorrow and be figuring out how many you want

21.    On or about October 31, 2021, defendant **STEVE BONNER** delivered approximately 41 AN/PVS-30s and 210 ACOGs to coconspirator Christopher Price.

22.    On or about November 5, 2021, defendant **STEVE BONNER** and coconspirator Christopher Price exchanged the following text messages:

| | |
|---|---|
| PRICE: | I also has 27 PVS sold. Waiting on funds for those as well |
| BONNER: | I'll bring you some more when you're ready |

23. On or about November 9, 2021, defendant **STEVE BONNER** and coconspirator Christopher Price exchanged the following text messages:

| | |
|---|---|
| PRICE: | Can I get more ACOGs? The big batch is almost gone. The funds will be cleared by Thursday or Friday I'm thinking. |
| PRICE: | My guy in Birmingham that bought the Cs told me yesterday that 5 had issues with how they functioned. When he comes back I will just replace the 5 and return the bad ones to you. |
| PRICE: | Total money on ACOGs<br>Bs 157 x 300 = 47100<br>3 were not able to be sold they had Problems.<br>Cs 50 x 200 = 10000 |
| BONNER: | 30. On the money |
| PRICE: | Thought so |

24. On or about November 9, 2021, defendant **STEVE BONNER** delivered approximately 255 ACOGs to coconspirator Christopher Price and coconspirator Christopher Price gave $30,000.00 to defendant **STEVE BONNER**.

25. On or about November 16, 2021, defendant **STEVE BONNER** delivered approximately 102 ACOGs to coconspirator Christopher Price and coconspirator Christopher Price gave $92,800.00 to defendant **STEVE BONNER**.

All in violation of Title 18, United States Code, Section 371.

## Count Two
## Sale of Stolen United States Property
## Title 18, United States Code, Section 641

26. The factual allegations in paragraphs 1 through 25 of this Indictment are re-alleged as though fully set forth herein.

27. On or about October 18, 2021, within Calhoun County in the Northern District of Alabama, and elsewhere, defendant

**STEVE BONNER**

knowingly and willfully did, without authority, sell, convey, and dispose of 2 AN/PVS-30s bearing serial numbers 30-12336 and 30-12425 and 2 ACOGs bearing serial numbers 352604 and 314326, all valued at approximately $23,000.00, that belonged to the United States.

All in violation of Title 18, United States Code, Section 641.

## NOTICE OF FORFEITURE
## 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c)

1. The allegations contained in Counts One and Two of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 371, set forth in Count One of this Indictment, and Title 18, United

States Code, Section 641, set forth in Count Two of this Indictment, defendant **STEVE BONNER** shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of $129,800.00 in United States currency representing the amount of proceeds traceable to the commission of said offense.

    3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United

States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL


*/s/ Electronic Signature*
Foreperson of the Grand Jury

                          PRIM F. ESCALONA
                          United States Attorney


                          */s/ Electronic Signature*
                          George A. Martin, Jr.
                          Assistant United States Attorney