

1:23-cr-00136-CLM-GMB
12/4/23 Jury Trial
GOVT EXHIBIT NO. 158